UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAMIONNA HEGWOOD,<br><br>    Defendant. | 2:17-PO-00215-AC<br><br>[~~Proposed~~] ORDER GRANTING MOTION TO DISMISS<br><br>DATE:  August 7, 2017<br>TIME:  9:00 a.m. |

It is hereby ordered that the United States of America's Motion to Dismiss this case including Violation Numbers 6282454/CA52 and 6282455/CA52 without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: July 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE